CHRISTOPHER Q. PHAM, SBN: 206697
    E-mail: cpham@criterioncounsel.com
MARCUS F. CHANEY, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
HUNG PAUL Q. PHAM, SBN: 276613
    E-mail: ppham@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; et al.<br><br>Plaintiffs,<br><br>v.<br><br>TYMOFIY ZADOYNOV, an individual; et al.<br><br>Defendants. | Case No.: 2:24-cv-01520 SPG (KSx)<br><br>**RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [Dkt. 15]** |

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG ("Plaintiffs"), through their counsel of record, hereby respond to the Court's (In Chambers) Order to Show Cause why this case should not be dismissed for lack of prosecution [Dkt. 15].

- 1 -
RESPONSE TO ORDER TO SHOW CAUSE

On June 10, 2024, Plaintiffs filed a Request for Entry of Default against Defendant Tymofiy Zadoynov with the Court [Dkt. 16], and the Court's order expressly states that Plaintiffs "can satisfy this order by seeking entry of default or by dismissing the complaint." Accordingly, Plaintiffs respectfully request that the Order to Show Cause be discharged.

DATED: June 12, 2024                    CRITERION COUNSEL,
                                        LAW CORPORATION


                                        By: /s/ Marcus F. Chaney
                                        Marcus F. Chaney, Esq.

                                        Attorneys for Plaintiffs
                                        BMW OF NORTH AMERICA, LLC and
                                        BAYERISCHE MOTOREN WERKE AG

- 2 -
RESPONSE TO ORDER TO SHOW CAUSE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Criterion Counsel, Law Corporation, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367. On June 12, 2024, the following document was served in the manner and to the recipient(s) set forth below:

**RESPONSE TO (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [Dkt. 15]**

☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Tymofiy Zadoynov
7416 Millport Drive
Roseville, CA 95678

☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

☒    BY E-MAIL / ELECTRONIC DELIVERY - by causing such document(s) to be transmitted by electronic.

E-mail: timvit18@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I am a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2024 at Woodland Hills, California.

__/s/_Marcus F. Chaney_____
Marcus F. Chaney

- 3 -
RESPONSE TO ORDER TO SHOW CAUSE