CHRISTOPHER Q. PHAM, SBN: 206697
    E-mail: cpham@criterioncounsel.com
MARCUS F. CHANEY, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
HUNG PAUL Q. PHAM, SBN: 276613
    E-mail: ppham@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; et al.<br><br>Plaintiffs,<br><br>v.<br><br>TYMOFIY ZADOYNOV, an individual; et al.<br><br>Defendants. | Case No.: 2:24-cv-01520 SPG (KSx)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

- 1 -
JOINT NOTICE OF SETTLEMENT

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG ("Plaintiffs"), through their counsel of record, and Defendant Tymofiy Zadoynov ("Defendant"), pro se, hereby jointly provide notice to the Court that the parties have reached a settlement. Pursuant to the terms of settlement, a Stipulation for Entry of Permanent Injunction and Dismissal of Entire Action, with prejudice, will be filed with the Court as soon as the agreed upon settlement terms are completed and not later than 30 days from the date of this notice.

DATED:  June 11, 2024

CRITERION COUNSEL,
LAW CORPORATION

By: /s/ Marcus F. Chaney
Marcus F. Chaney, Esq.

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

DATED:  June 11, 2024

By: Tymofiy Zadoynov (Jun 11, 2024 11:41 PDT)
TYMOFIY ZADOYNOV
Defendant Pro Se

- 2 -
JOINT NOTICE OF SETTLEMENT

<u>PROOF OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Criterion Counsel, Law Corporation, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367.  On June 12, 2024, the following document was served in the manner and to the recipient(s) set forth below:

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION**

☐    FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

> Tymofiy Zadoynov
> 7416 Millport Drive
> Roseville, CA 95678

☐    OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

☒    BY E-MAIL / ELECTRONIC DELIVERY - by causing such document(s) to be transmitted by electronic.

> E-mail: timvit18@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I am a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2024 at Woodland Hills, California.


/s/  Marcus F. Chaney
Marcus F. Chaney