CHRISTOPHER Q. PHAM, SBN: 206697
    E-mail: cpham@criterioncounsel.com
MARCUS F. CHANEY, SBN: 245227
    E-mail: mchaney@criterioncounsel.com
HUNG PAUL Q. PHAM, SBN: 276613
    E-mail: ppham@criterioncounsel.com
CRITERION COUNSEL, LAW CORPORATION
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; et al.<br><br>        Plaintiffs,<br><br>        v.<br><br>TYMOFIY ZADOYNOV, an individual; et al.<br><br>        Defendants. | Case No.: 2:24-cv-01520 SPG (KSx)<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANT TYMOFIY ZADOYNOV AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively, "Plaintiffs"), through their counsel of record, and Defendant Tymofiy Zadoynov ("Defendant"), pro se, hereby stipulate and agree to entry of a Permanent Injunction against Defendant in the form and content within the [Proposed] Permanent Injunction against Defendant Tymofiy Zadoynov and Dismissal of

Entire Action, with Prejudice, filed concurrently herewith.  The Parties hereto stipulate and agrees as follows:

1.      This case involves Plaintiffs' claims of Trademark Infringement arising under 15 United States Code ("U.S.C.") § 1114, False Designation of Origin under 15 U.S.C. §1125(a), Trademark Dilution under 15 U.S.C. § 1125(c), and Unfair Business Practices pursuant to California Business & Professions Code § 17200 against Defendant.

2.      The Court has supplemental jurisdiction over Plaintiffs' claim arising under California statutory law pursuant to 28 U.S.C. § 1367 because it is so related to the federal claims as to form part of the same case or controversy.

3.      BMW NA is a Delaware limited liability company with an address of 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.

4.      BMW AG is a German corporation headquartered in Munich, Germany.

5.      Defendant is an individual residing in Roseville, California.

6.      Plaintiffs are the manufacturers and source of the world-famous BMW® line of automobiles, automobile parts and automobile accessories, and use and own various trademarks and other intellectual properties on and in connection with such products and services, including, among others, the BMW® and BMW M® word and design marks along with various other trademark applications and registrations therefore in the United States and abroad (collectively "BMW Trademarks").

7.      Consumers and/or purchasers in the United States have come to recognize the BMW Trademarks, and Plaintiffs have acquired a valuable reputation and goodwill among the public as a result of such association. Indeed, the BMW Trademarks are famous in the United States.

8.      Defendant acknowledges and does not contest Plaintiffs' exclusive rights in and to the BMW Trademarks, including the exclusive right to distribute

STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE

products using, embodying, comprised of and/or bearing the BMW Trademarks.

9.    Plaintiffs have no adequate remedy at law for the alleged acts of Defendant complained of herein as injury to Plaintiffs' reputation and goodwill cannot be quantified and such injury cannot be compensated by monetary amounts.

10.    Plaintiffs and Defendant hereby acknowledge and agree to the terms of the [Proposed] Permanent Injunction against Defendant Tymofiy Zadoynov and Dismissal of Entire Action, with Prejudice, filed concurrently herewith and, upon following entry of the Permanent Injunction against Defendant, the Parties hereby request dismissal of this action by the Court in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

11.    Plaintiffs and Defendant hereby acknowledge and agree that this Court shall retain jurisdiction over this matter to enforce any violation of the terms of the Permanent Injunction to be entered against Defendant.

12.    Pursuant to Local Rule 5-4.3.4(a)(2)(i), Marcus F. Chaney hereby attests that all other signatories listed herein, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

DATED: June 11, 2024

CRITERION COUNSEL,
LAW CORPORATION

By: /s/ Marcus F. Chaney
Marcus F. Chaney, Esq.

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

DATED: June 11, 2024

By: Tymofiy Zadoynov (Jun 11, 2024 11:41 PDT)
TYMOFIY ZADOYNOV
Defendant Pro Se

- 3 -
STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Criterion Counsel, Law Corporation, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, California 91367.  On June 19, 2024, the following document was served in the manner and to the recipient(s) set forth below:

**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANT TYMOFIY ZADOYNOV AND DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE**

☐      FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Tymofiy Zadoynov
7416 Millport Drive
Roseville, CA 95678

☐      OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

☒      BY E-MAIL / ELECTRONIC DELIVERY - by causing such document(s) to be transmitted by electronic.

E-mail: timvit18@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I am a member of the bar of this court at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2024 at Woodland Hills, California.

__/s/_Marcus F. Chaney_____
Marcus F. Chaney