AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the Central District of California (Western Division)_ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:24-cv-01520 | DATE FILED<br>2/23/2024 | U.S. DISTRICT COURT<br>for the Central District of California (Western Division) |
|---|---|---|
| PLAINTIFF<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation, | | DEFENDANT<br><br>TYMOFIY ZADOYNOV, an individual; and DOES 1-10, inclusive, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 0611710 | 9/6/1955 | Bayerische Motoren Werke AG |
| 2 | 5333863 | 11/14/2017 | Bayerische Motoren Werke AG |
| 3 | 0613465 | 10/4/1955 | Bayerische Motoren Werke AG |
| 4 | 1450212 | 8/4/1987 | Bayerische Motoren Werke AG |
| 5 | 5333865 | 11/14/2017 | Bayerische Motoren Werke AG (see attached appendix) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Permanent Injunction |

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>7/2/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# APPENDIX (AO 120)

## REPORT ON THE FILING OF AN ACTION REGARDING A TRADEMARK

<u>BMW OF NORTH AMERICA, LLC, et al. v. TYMOFIY ZADOYNOV, et al.</u>
C.D.C.A. Case No.: 2:24-cv-01520

| NO. | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|-----|---------------|-------------------|---------------------|
| 6 | 5333900 | 11/14/2017 | Bayerische Motoren Werke AG |
| 7 | 4541350 | 6/3/2014 | Bayerische Motoren Werke AG |
| 8 | 3767662 | 3/30/2010 | Bayerische Motoren Werke AG |
| 9 | 3767663 | 3/30/2010 | Bayerische Motoren Werke AG |
| 10 | 5522663 | 7/24/2018 | Bayerische Motoren Werke AG |

- 1 -
APPENDIX (AO 120) - TRADEMARK